**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**------------------------------------------------------------ X**

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**3:09-md-02100-DRH-PMF**

**MDL No. 2100**

**------------------------------------------------------------**

**This Document Relates to:**

**Judge David R. Herndon**

*Budesilich v. Bayer HealthCare Pharmaceuticals Inc., et al. No. 3:10-cv-11087-DRH-PMF*

*Barros v. Bayer HealthCare Pharmaceuticals Inc., et al. No. 3:10-cv-12111-DRH-PMF*

*Bergquist v. Bayer HealthCare Pharmaceuticals Inc., et al.* No. 3:10-cv-13049-DRH-PMF

*Pease v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:10-cv-13050-DRH-PMF

*Snyder v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:10-cv-13321-DRH-PMF

*Decarlis v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3 3:10-cv-13393-DRH-PMF

*Murray v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:10-cv-13804-DRH-PMF

*Trabert v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-10162-DRH-PMF

*Carter v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-10272-DRH-PMF

*Pirraglia v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-10925-DRH-PMF

*Mack v. Bayer HealthCare Pharmaceuticals*

*Inc., et al. No.* 3:11-cv-10987-DRH-PMF

*Parkman v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-10991-DRH-PMF

*Polite v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-11046-DRH-PMF

*Sanabria v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3 3:11-cv-11048-DRH-PMF

*Hill et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-11109-DRH-PMF

*Casugod v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-11119-DRH-PMF

*Sebastian v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-11162-DRH-PMF

*Kazemka v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-11901-DRH-PMF

*McLaughlin v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-12952-DRH-PMF

*Rice v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-13010-DRH-PMF

*Logan v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-13128-DRH-PMF

*Gard v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-13270-DRH-PMF

*Russell v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:11-cv-13323-DRH-PMF

*Busam et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-10690-DRH-PMF[1]

*Douglas v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11132-DRH-PMF

*Bronson v. Bayer HealthCare Pharmaceuticals*

---

[1] This Order applies to plaintiff Nita Patel only.

*Inc., et al. No.* 3:12-cv-11436-DRH-PMF

*Gwaltney v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11605-DRH-PMF

*Davis v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11606-DRH-PMF

*Clark v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11608-DRH-PMF

*Spencer v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11617-DRH-PMF

*Embry v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11618-DRH-PMF

*Gayles v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11619-DRH-PMF

*Gillion-Bland v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:12-cv-11620-DRH-PMF

*Coulter v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10136-DRH-PMF

*Burnett v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10204-DRH-PMF

*Edwards v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10205-DRH-PMF

*Everette v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10206-DRH-PMF

*Felton v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10207-DRH-PMF

*McCutcheon-Burse v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10208-DRH-PMF

*Steward v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10217-DRH-PMF

*Warren v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10219-DRH-PMF

*Watson v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10219-DRH-PMF

*Fontenot-Washington v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10220-DRH-PMF

*Jones v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10221-DRH-PMF

*Marsalis v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10222-DRH-PMF

*Perry et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10540-DRH-PMF[2]

*Parker et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10541-DRH-PMF[3]

*Outlaw et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10543-DRH-PMF[4]

*Bridges et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10544-DRH-PMF[5]

*Erdan et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10545-DRH-PMF[6]

*Taylor et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3 3:13-cv-10547-DRH-PMF[7]

*Scott et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10548-DRH-PMF[8]

---

[2] This Order applies to plaintiff Jessica Godfrey only.
[3] This Order applies to plaintiffs Sharon Crosby, Ella Jackson, and Sylvia Parker only.
[4] This Order applies to plaintiff Christina Outlaw only.
[5] This Order applies to plaintiff Barbara Lewis only.
[6] This Order applies to plaintiffs Alayna Erdan, Josephine Minor, and Anna Zelaya only.
[7] This Order applies to plaintiff Michelle Graham only.
[8] This Order applies to plaintiff Linda Walker only.

*Ramos et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10562-DRH-PMF[9]

*Craig v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10565-DRH-PMF

*Little et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10569-DRH-PMF[10]

*Stancil v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10573-DRH-PMF

*Gabrey v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10574-DRH-PMF

*Lavergne v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10576-DRH-PMF

*Lanese et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10577-DRH-PMF[11]

*Bush et al v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10581-DRH-PMF[12]

*Ricca v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10595-DRH-PMF

*Stricker v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10617-DRH-PMF

*Rios v. Bayer HealthCare Pharmaceuticals Inc., et al. No.* 3:13-cv-10798-DRH-PMF

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

**HERNDON, District Judge:**

---

[9] This Order applies to plaintiff Janette Ramos only.

[10] This Order applies to plaintiff Stephanie Tullis only.

[11] This Order applies to plaintiffs Stephanie Jones and Kelly Robertson only.

[12] This Order applies to plaintiff Yannus Lovelady only.

This matter is before the Court on the Bayer Defendants' motions for an order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

In each of the above captioned cases, the Court granted a motion to withdraw filed by counsel. The orders granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court including failure to comply with the Plaintiff Fact Sheet requirements. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiffs have not filed a supplementary appearance. In addition, none of the above captioned plaintiffs have responded to the instant motion to dismiss.

The plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). Accordingly, for the reasons stated herein, the claims of the above captioned plaintiffs are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2014.

Digitally signed by David R. Herndon
Date: 2014.12.03 12:54:15 -06'00'

**District Judge**
**United States District Court**